**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
**www.flmb.uscourts.gov**

In re:

ORANGE PARK TRUST SERVICES, LLC,    Case No.: 3:15-bk-02298-PMG

Debtor.    Chapter 11

**ORANGE PARK TRUST SERVICES, LLC**
**PLAN OF REORGANIZATION**

Mearkle|Trueblood|Adam, P.L.L.C.

Brett A. Mearkle
Florida Bar No. 644706
218 N. Broad Street
Jacksonville, Florida 32202
(904) 352-1342
(905) 352-1814 facsimile
bmearkle@mtalawyers.com

*Counsel for the Plan Proponent,*
*Orange Park Trust Services, LLC*

**Dated: July 17, 2015**

1

# ARTICLE I
## SUMMARY

This Plan of Reorganization (the "Plan") is filed in accordance with Chapter 11 of the United States Bankruptcy Code (the "Bankruptcy Code") by Orange Park Trust Services, LLC (the "Debtor" and "Plan Proponent") and provides for i) the Debtor's retention of all property of the estate; ii) the modification of all senior liens encumbering property of the estate by substituting the Debtor as the mortgagor; iii) satisfaction and striping all junior liens encumbering property of the estate; iv) paying the modified senior lienholders the value of the collateral, plus interest, in deferred cash payments on a monthly basis; and v) paying unsecured creditors one hundred percent (100%) of their claims. The Debtor is the proponent of the Plan within the meaning of Section 1129 of the Bankruptcy Code.

This Plan provides for one hundred and forty-four (144) classes of secured claims; one (1) class of general unsecured claims; and one (1) class of interest. This Plan also provides for the payment of administrative and priority claims upon the Effective Date of the Plan (defined below) as agreed or as allowed under the Bankruptcy Code.  All creditors should refer to Articles II through X of this Plan for information regarding the precise treatment of their claim. The disclosure statement circulated with this Plan provides adequate information enabling interested parties to make informed decisions regarding this Plan and the rights of interested parties (the "Disclosure Statement"). **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one).**

# ARTICLE II
## CLASSIFICATION OF CLAIMS AND INTEREST

**2.01** <u>**Class 1.**</u>  The secured claim held or serviced by Wells Fargo Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.02** <u>**Class 2.**</u>  The secured claim held or serviced by Premium Asset Recovery Corp. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.03** <u>**Class 3.**</u>  The secured claim held or serviced by Alachua County Tax Collector to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.04** <u>**Class 4.**</u>  The secured claim held or serviced by J.P. Morgan Chase Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.04    **Class 5.**        The secured claim held or serviced by Florida Credit Union to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.06    **Class 6.**        The secured claim held or serviced by PMI Financial, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.07    **Class 7.**        The secured claim held or serviced by U.S. Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.08    **Class 8.**        The secured claim held or serviced by Mortgage Electronic Registration Services, Inc. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.09    **Class 9.**        The secured claim held or serviced by U.S. Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.10    **Class 10.**       The secured claim held or serviced by Bank of New York Mellon to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.11    **Class 11.**       Omitted Class

2.12    **Class 12.**       The secured claim held or serviced by Green Tree Servicing, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.13    **Class 13.**       The secured claim held or serviced by Wells Fargo Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.14    **Class 14.**       The secured claim held or serviced by CitiMortgage, Inc. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.15    **Class 15.**       The secured claim held or serviced by City of Jacksonville to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.16    **Class 16.**       The secured claim held or serviced by Bank of America, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.17**  **Class 17.**  The secured claim held or serviced by U.S. Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.18**  **Class 18.**  The secured claim held or serviced by Federal National Mortgage Association to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.19**  **Class 19.**  The secured claim held or serviced by Bank of New York Mellon to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.20**  **Class 20.**  The secured claim held or serviced by Nationstar Mortgage LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.21**  **Class 21.**  The secured claim held or serviced by Bank of America, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.22**  **Class 22.**  The secured claim held or serviced by Federal National Mortgage Association to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.23**  **Class 23.**  The secured claim held or serviced by Selene Finance LP to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.24**  **Class 24.**  The secured claim held or serviced by U.S. Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.25**  **Class 25.**  The secured claim held or serviced by Pennymac Loan Services, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.26**  **Class 26.**  The secured claim held or serviced by U.S. Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.27**  **Class 27.**  The secured claim held or serviced by Florida Housing Finance Corp. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.28  **Class 28.**       The secured claim held or serviced by State of Florida, Department of Revenue to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.29  **Class 29.**       The secured claim held or serviced by Green Tree Servicing, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.30  **Class 30.**       The secured claim held or serviced by Compass Bank to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.31  **Class 31.**       The secured claim held or serviced by State of Florida Agency for Workflow Innovation Services to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.32  **Class 32.**       The secured claim held or serviced by U.S. Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.33  **Class 33.**       The secured claim held or serviced by Florida Housing Finance Corp. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.34  **Class 34.**       The secured claim held or serviced by Nationstar Mortgage, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.35  **Class 35.**       The secured claim held or serviced by Florida Housing Finance Corp. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.36  **Class 36.**       The secured claim held or serviced by Nationstar Mortgage, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.37  **Class 37.**       The secured claim held or serviced by Mortgage Electronic Registration Systems, Inc. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.38  **Class 38.**       The secured claim held or serviced by Bank of America, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.39  **Class 39.**        The secured claim held or serviced by Mortgage Electronic Registration Systems, Inc. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.40  **Class 40.**        The secured claim held or serviced by Bank of New York Mellon to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.41  **Class 41.**        The secured claim held or serviced by Capital One Bank (USA), N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.42  **Class 42.**        The secured claim held or serviced by Green Tree Servicing, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.43  **Class 43.**        Omitted Class.

2.44  **Class 44.**        The secured claim held or serviced by Wells Fargo Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.45  **Class 45.**        The secured claim held or serviced by SunTrust Bank to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.46  **Class 46.**        The secured claim held or serviced by U.S. Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.47  **Class 47.**        The secured claim held or serviced by Florida Housing Finance Corp. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.48  **Class 48.**        The secured claim held or serviced by Bank of New York Mellon to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.49  **Class 49.**        The secured claim held or serviced by Bank of America, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.50  **Class 50.**        The secured claim held or serviced by U.S. Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.51**  **Class 51.**     The secured claim held or serviced by Mortgage Electronic Registrations Systems, Inc. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.52**  **Class 52.**     The secured claim held or serviced by GMAT Legal Title Trust to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.53**  **Class 53.**     The secured claim held or serviced by Wells Fargo Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.54**  **Class 54.**     The secured claim held or serviced by Nationstar Mortgage, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.55**  **Class 55.**     The secured claim held or serviced by Bank of New York Mellon to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.56**  **Class 56.**     The secured claim held or serviced by Nationstar Mortgage, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.57**  **Class 57.**     The secured claim held or serviced by Pennymac Loan Services, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.58**  **Class 58.**     The secured claim held or serviced by Bank of America, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.59**  **Class 59.**     The secured claim held or serviced by City of Jacksonville to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.60**  **Class 60.**     The secured claim held or serviced by U.S. Secretary of Housing and Urban Development to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.61**  **Class 61.**     The secured claim held or serviced by Champion Mortgage Company to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

7

2.62    **Class 62.**    The secured claim held or serviced by United States of America, Secretary of Housing and Urban Development to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.63    **Class 63.**    The secured claim held or serviced by Bank of America, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.64    **Class 64.**    The secured claim held or serviced by Mortgage Electronic Registration Systems, Inc. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.65    **Class 65.**    The secured claim held or serviced by United States of America to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.66    **Class 66.**    The secured claim held or serviced by Bank of America, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.67    **Class 67.**    The secured claim held or serviced by Old Republic Insurance Co. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.68    **Class 68.**    The secured claim held or serviced by Bank of America, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.69    **Class 69.**    The secured claim held or serviced by Federal National Mortgage Association to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.70    **Class 70.**    The secured claim held or serviced by Nationstar Mortgage, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.71    **Class 71.**    The secured claim held or serviced by Household Finance Corp. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.72    **Class 72.**    The secured claim held or serviced by Green Tree Servicing, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.73**  <u>**Class 73.**</u>    The secured claim held or serviced by JP Morgan Chase Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.74**  <u>**Class 74.**</u>    The secured claim held or serviced by Navy Federal Credit Union to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.75**  <u>**Class 75.**</u>    The secured claim held or serviced by Bank of New York Mellon to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.76**  <u>**Class 76.**</u>    The secured claim held or serviced by U.S. Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.77**  <u>**Class 77.**</u>    The secured claim held or serviced by Mortgage Electronic Registration Systems, Inc. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.78**  <u>**Class 78.**</u>    The secured claim held or serviced by U.S. Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.79**  <u>**Class 79.**</u>    The secured claim held or serviced by Federal National Mortgage Association to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.80**  <u>**Class 80.**</u>    The secured claim held or serviced by Wells Fargo Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.81**  <u>**Class 81.**</u>    The secured claim held or serviced by Bank of America, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.82**  <u>**Class 82.**</u>    The secured claim held or serviced by Equity Financial Inc. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.83**  <u>**Class 83.**</u>    The secured claim held or serviced by HSBC Mortgage Corp. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.84 <u>**Class 84.**</u>   The secured claim held or serviced by Bank of America, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.85 <u>**Class 85.**</u>   The secured claim held or serviced by Bank of America, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.86 <u>**Class 86.**</u>   The secured claim held or serviced by HSBC Mortgage Corp. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.87 <u>**Class 87.**</u>   The secured claim held or serviced by JP Morgan Chase Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.88 <u>**Class 88.**</u>   The secured claim held or serviced by U.S. Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.89 <u>**Class 89.**</u>   The secured claim held or serviced by Bank of America, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.90 <u>**Class 90.**</u>   The secured claim held or serviced by Riverwalk Holdings Ltd. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.91 <u>**Class 91.**</u>   The secured claim held or serviced by Citibank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.92 <u>**Class 92.**</u>   The secured claim held or serviced by Wells Fargo Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.93 <u>**Class 93.**</u>   The secured claim held or serviced by Bank of America, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

2.94 <u>**Class 94.**</u>   The secured claim held or serviced by Bank of America, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.95   Class 95.**   The secured claim held or serviced by Deutsche Bank National Trust to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.96   Class 96.**   The secured claim held or serviced by Mortgage Electronic Registration Systems, Inc. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.97   Class 97.**   The secured claim held or serviced by JP Morgan Chase Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.98   Class 98.**   Omitted Class.

**2.99   Class 99.**   The secured claim held or serviced by Wells Fargo Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.100   Class 100.**   The secured claim held or serviced by JP Morgan Chase Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.101   Class 101.**   The secured claim held or serviced by U.S. Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.102   Class 102.**   The secured claim held or serviced by JP Morgan Chase Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.103   Class 103.**   The secured claim held or serviced by Deutsche Bank National Trust to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.104   Class 104.**   The secured claim held or serviced by Mortgage Electronic Systems, Inc. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.105   Class 105.**   The secured claim held or serviced by JP Morgan Chase Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.106   Class 106.**   The secured claim held or serviced by Mortgage Electronic Systems, Inc. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.107** <u>**Class 107.**</u>   The secured claim held or serviced by Wells Fargo Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.108** <u>**Class 108.**</u>   The secured claim held or serviced by Internal Revenue Service to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.109** <u>**Class 109.**</u>   The secured claim held or serviced by U.S. Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.110** <u>**Class 110.**</u>   The secured claim held or serviced by HSBC Bank USA, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.111** <u>**Class 111.**</u>   The secured claim held or serviced by Green Tree Servicing, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.112** <u>**Class 112.**</u>   The secured claim held or serviced by Compass Bank to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.113** <u>**Class 113.**</u>   The secured claim held or serviced by U.S. Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.114** <u>**Class 114.**</u>   The secured claim held or serviced by Citibank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.115** <u>**Class 115.**</u>   The secured claim held or serviced by United Guarantee Residential to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.116** <u>**Class 116.**</u>   The secured claim held or serviced by SunTrust Bank to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.117** <u>**Class 117.**</u>   The secured claim held or serviced by JP Morgan Chase Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.118  Class 118.**  The secured claim held or serviced by JP Morgan Chase Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.119  Class 119.**  Omitted Class.

**2.120  Class 120.**  The secured claim held or serviced by BAC Home Servicing, LP to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.121  Class 121.**  The secured claim held or serviced by Mortgage Electronic Registration Systems, Inc. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.122  Class 122.**  The secured claim held or serviced by Onewest Bank to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.123  Class 123.**  The secured claim held or serviced by Mortgage Electronic Registration Systems, Inc. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.124  Class 124.**  The secured claim held or serviced by Nationstar Mortgage, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.125  Class 125.**  The secured claim held or serviced by Wells Fargo Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.126  Class 126.**  The secured claim held or serviced by Community 1st Credit Union to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.127  Class 127.**  The secured claim held or serviced by BAC Home Loans Servicing, LP to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.128  Class 128.**  The secured claim held or serviced by Bayview Loan Servicing, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.129  Class 129.**  The secured claim held or serviced by Bank of America, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.130 <u>Class 130.</u>**    The secured claim held or serviced by State of Florida to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.131 <u>Class 131.</u>**    The secured claim held or serviced by Bank of New York Mellon to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.132 <u>Class 132.</u>**    The secured claim held or serviced by Nationstar Mortgage, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.133 <u>Class 133.</u>**    The secured claim held or serviced by Planet Home Lending, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.134 <u>Class 134.</u>**    The secured claim held or serviced by U.S. Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.135 <u>Class 135.</u>**    The secured claim held or serviced by Deutsche Bank National Trust to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.136 <u>Class 136.</u>**    The secured claim held or serviced by Flag Development Corp. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.137 <u>Class 137.</u>**    The secured claim held or serviced by Bank of New York Mellon to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.138 <u>Class 138.</u>**    The secured claim held or serviced by PNC Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.139 <u>Class 139.</u>**    The secured claim held or serviced by Green Tree Servicing, LLC to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.140 <u>Class 140.</u>**    The secured claim held or serviced by Mortgage Electronic Registration Systems, Inc. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.141  Class 141.**   The secured claim held or serviced by JP Morgan Chase Bank, N.A. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.142  Class 142.**   The secured claim held or serviced by CitiMortgage, Inc. to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.143  Class 143.**   The secured claim held or serviced by Onewest Bank to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.144  Class 144.**   The secured claim held or serviced by United States of America to the extent allowed as a secured claim under Section 506 of the Bankruptcy Code.

**2.145  Class 145.**   General unsecured claims allowed under Section 502 of the Bankruptcy Code.

**2.146  Class 146.**   Beneficiary interest.

# ARTICLE III
## TREATMENT OF ADMINISTRATIVE EXPENSE CLAIMS
## U.S. TRUSTEE FEES, AND PRIORITY TAX CLAIMS

3.01    Unclassified Claims.   Under Section 1123(a)(1), administrative expense claims and priority tax claims are not considered as "class" under the Bankruptcy Code.

3.02    Administrative Expense Claims.   Each holder of an administrative expense claim allowed under Section 503 of the Bankruptcy Code will be paid in full on the Effective Date of this Plan (as defined in Article VII), in cash, or upon such other terms as may be agreed upon by the holder of the claim and the Debtor.

3.03    Priority Tax Claims.   Each holder of a priority tax claim will be paid in regular monthly installments the total value of such claim as of the Effective Date of the Plan, equal to the allowed amount of such claim over a period ending five years from the Effective Date of the Plan.

3.04    United States Trustee Fees.   All fees required to be paid by 28 U.S.C. § 1930(a)(6) (the "U.S. Trustee Fees") will accrue and be timely paid until the case is closed, dismissed, or converted to another chapter of the Bankruptcy Code.  Any U.S. Trustee Fees owed on or before the Effective Date of this Plan will be paid on the Effective Date.

# ARTICLE IV
## TREATMENT OF CLAIMS AND INTERESTS UNDER THE PLAN

4.01    Claims and interest shall be treated as follows under this Plan:

**Class 1 – Secured Claim Held or Serviced by Wells Fargo Bank, N.A.  *Impaired*.**

Class 1 is impaired by this Plan.  Class 1's interest and the estate's interest in real property and improvements located at 6925 NW 121st Avenue, Alachua, FL 32615 (the "6925 NW 121st Property") is $25,700.00 (the "Class 1 Value").

The holder of the Class 1 claim will receive deferred cash payments equal to the Class 1 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $130.54.

**Class 2 – Secured Claim Held or Serviced by Premium Asset Recovery Corp.  *Impaired*.**

Class 2 is impaired by this Plan.  Class 2's interest and the estate's interest in real property and improvements in the 6925 NW 121st Property is $0.00 (the "Class 2 Value").  Class 2's interest in the 6925 NW 121st Property is of inconsequential value.

The holder of the Class 2 claim will receive no distributions under this Plan.  Class 2 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 2 shall be determined to be wholly unsecured and the lien recorded at book #3378, page #138 of the official public records of Alachua County, Florida shall be stripped from the 6925 NW 121st Property as of the effective date of this Plan.

**Class 3 – Secured Claim Held or Serviced by Alachua County Tax Collector.  *Impaired*.**

Class 3 is impaired by this Plan.  Class 3's interest and the estate's interest in real property and improvements in the 6925 NW 121st Property is $0.00 (the "Class 3 Value").  Class 3's interest in the 6925 NW 121st Property is of inconsequential value.

The holder of the Class 3 claim will receive no distributions under this Plan.  Class 3 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 3 shall be determined to be wholly unsecured and the lien recorded at book #3779, page #618 of the official public records of Alachua County, Florida shall be stripped from the 6925 NW 121st Property as of the effective date of this Plan.

**Class 4 – Secured Claim Held or Serviced by J.P. Morgan Chase Bank, N.A.  *Impaired*.**

Class 4 is impaired by this Plan.  Class 4's interest and the estate's interest in real property and improvements located at 10512 NW 60th Terrace, Alachua, Florida 32615 (the "10512 NW 60th Terrace Property") is $112,500.00 (the "Class 4 Value").

The holder of the Class 4 claim will receive deferred cash payments equal to the Class 4 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $569.03.

**Class 5 – Secured Claim Held or Serviced by Florida Credit Union.  *Impaired*.**

Class 5 is impaired by this Plan.  Class 5's interest and the estate's interest in real property and improvements located at the 10512 NW 60th Terrace Property is $0.00 (the "Class 5 Value").  Class 5's interest in the 10512 NW 60th Terrace Property is of inconsequential value.

The holder of the Class 5 claim will receive no distributions under this Plan.  Class 5 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 5 shall be determined to be wholly unsecured and the lien recorded at book #4094, page #1972 of the official public records of Alachua County, Florida shall be stripped from the 10512 NW 60th Terrace Property as of the effective date of this Plan.

**Class 6 – Secured Claim Held or Serviced by PMI Financial, LLC.  *Impaired*.**

Class 6 is impaired by this Plan.  Class 6's interest and the estate's interest in real property and improvements located at 889 Macon Drive, Titusville, FL 32780 is $79,000.00 (the "Class 6 Value").

The holder of the Class 6 claim will receive deferred cash payments equal to the Class 6 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $343.81.

**Class 7 – Secured Claim Held or Serviced by U.S. Bank, N.A.  *Impaired*.**

Class 7 is impaired by this Plan.  Class 7's interest and the estate's interest in real property and improvements located at 3310 Poseidon Way, Melbourne, FL 32903 (the "3310 Poseidon Way Property") is $200,000.00 (the "Class 7 Value").

The holder of the Class 7 claim will receive deferred cash payments equal to the Class 7 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $870.41.

**Class 8 – Secured Claim Held or Serviced by Mortgage Electronic Registration Services, Inc.  *Impaired*.**

Class 8 is impaired by this Plan.  Class 8's interest and the estate's interest in real property and improvements in the 3310 Poseidon Way Property is $0.00 (the "Class 8 Value").  Class 8's interest in the Property is of inconsequential value.

The holder of the Class 8 claim will receive no distributions under this Plan.  Class 8 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the

secured status of Class 8 shall be determined to be wholly unsecured and lien recorded at book #6136, page #2300 of the official public records of Brevard County, Florida shall be stripped from the 3310 Poseidon Way Property as of the effective date of this Plan.

### Class 9 – Secured Claim Held or Serviced by U.S. Bank, N.A.  *Impaired*.

Class 9 is impaired by this Plan.  Class 9's interest and the estate's interest in real property and improvements located at 1217 Meadow Lark Drive, Titusville, FL 32780 is $59,200.00 (the "Class 9 Value").

The holder of the Class 9 claim will receive deferred cash payments equal to the Class 9 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $257.64.

### Class 10 – Secured Claim Held or Serviced by Bank of New York Mellon.  *Impaired*.

Class 10 is impaired by this Plan.  Class 10's interest and the estate's interest in real property and improvements located at 3778 Sierra Drive, Merritt Island, FL 32953 (the "3778 Sierra Drive Property") is $14,000.00 (the "Class 10 Value").

The holder of the Class 10 claim will receive deferred cash payments equal to the Class 10 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $60.93.

### Class 11 – OMITTED CLASS

**Class 11 does not contain a party.  The Debtor reserves the right to amend this Plan adding an interested party to Class 11.**

### Class 12 – Secured Claim Held or Serviced by Green Tree Servicing, LLC.  *Impaired*.

Class 12 is impaired by this Plan.  Class 12's interest and the estate's interest in real property and improvements located at 11 Cedar Point Court, Palm Coast, FL 32164 is $59,000.00 (the "Class 12 Value").

The holder of the Class 12 claim will receive deferred cash payments equal to the Class 12 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $256.77.

### Class 13 – Secured Claim Held or Serviced by Wells Fargo Bank, N.A.  *Impaired*.

Class 13 is impaired by this Plan.  Class 13's interest and the estate's interest in real property and improvements located at 7550 N. Pearl Street, Jacksonville, FL 32208 is $40,470.00 (the "Class 13 Value").

The holder of the Class 13 claim will receive deferred cash payments equal to the Class 13 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $176.13.

### Class 14 – Secured Claim Held or Serviced by CitiMortgage, Inc.  *Impaired*.

Class 14 is impaired by this Plan.  Class 14's interest and the estate's interest in real property and improvements located at 11385 E. Salt Pond Drive, Jacksonville, FL 32219 (the "11385 E. Salt Pond Drive Property") is $62,718.00 (the "Class 14 Value").

The holder of the Class 14 claim will receive deferred cash payments equal to the Class 14 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $272.95.

### Class 15 – Secured Claim Held or Serviced by City of Jacksonville.  *Impaired*.

Class 15 is impaired by this Plan.  Class 15's interest and the estate's interest in real property and improvements in the 11385 E. Salt Pond Drive Property is $0.00 (the "Class 15 Value").  Class 15's interest in the 11385 E. Salt Pond Drive Property is of inconsequential value.

The holder of the Class 15 claim will receive no distributions under this Plan.  Class 15 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 15 shall be determined to be wholly unsecured and lien recorded at book #15284, page #969 of the official public records of Duval County, Florida shall be stripped from the 11385 E. Salt Pond Drive Property as of the effective date of this Plan.

### Class 16 – Secured Claim Held or Serviced by Bank of America, N.A.  *Impaired*.

Class 16 is impaired by this Plan.  Class 16's interest and the estate's interest in real property and improvements located at 8725 Pinevalley Lane, Jacksonville, FL 32244 is $43,153.00 (the "Class 16 Value").

The holder of the Class 16 claim will receive deferred cash payments equal to the Class 16 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $187.80.

### Class 17 – Secured Claim Held or Serviced by U.S. Bank, N.A.  *Impaired*.

Class 17 is impaired by this Plan.  Class 17's interest and the estate's interest in real property and improvements located at 3385 W. International Village Drive, Jacksonville, FL 32277 is $85,817.00 (the "Class 17 Value").

The holder of the Class 17 claim will receive deferred cash payments equal to the Class 17 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $373.48.

**Class 18 – Secured Claim Held or Serviced by Federal National Mortgage Association. *Impaired*.**

Class 18 is impaired by this Plan.  Class 18's interest and the estate's interest in real property and improvements located at 12301 Kernan Forest Blvd, Unit 704, Jacksonville, FL 32225 is $79,200.00 (the "Class 18 Value").

The holder of the Class 18 claim will receive deferred cash payments equal to the Class 18 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $344.68.

**Class 19 – Secured Claim Held or Serviced by Bank of New York Mellon.  *Impaired*.**

Class 19 is impaired by this Plan.  Class 19's interest and the estate's interest in real property and improvements located at 12233 Amanda Cove Trail, Jacksonville, FL 32225 is $151,832.00 (the "Class 19 Value").

The holder of the Class 19 claim will receive deferred cash payments equal to the Class 19 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $660.78.

**Class 20 – Secured Claim Held or Serviced by Nationstar Mortgage LLC.  *Impaired*.**

Class 20 is impaired by this Plan.  Class 20's interest and the estate's interest in real property and improvements located at 10842 Lydia Estates Drive, Jacksonville, FL 32218 is $115,729.00 (the "Class 20 Value").

The holder of the Class 20 claim will receive deferred cash payments equal to the Class 20 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $503.66.

**Class 21 – Secured Claim Held or Serviced by Bank of America, N.A.  *Impaired*.**

Class 21 is impaired by this Plan.  Class 21's interest and the estate's interest in real property and improvements located at 2515 Silver Springs Drive, Jacksonville, FL 32246 is $138,200.00 (the "Class 21 Value").

The holder of the Class 21 claim will receive deferred cash payments equal to the Class 21 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $601.46.

## Class 22 – Secured Claim Held or Serviced by Federal National Mortgage Association. *Impaired*.

Class 22 is impaired by this Plan. Class 22's interest and the estate's interest in real property and improvements located at 7225 Rampart Ridge Circle, Jacksonville, FL 32244 is $95,484.00 (the "Class 22 Value").

The holder of the Class 22 claim will receive deferred cash payments equal to the Class 22 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $415.55.

## Class 23 – Secured Claim Held or Serviced by Selene Finance LP. *Impaired*.

Class 23 is impaired by this Plan. Class 23's interest and the estate's interest in real property and improvements located at 1669 W. Hawkins Cove Drive, Jacksonville, FL 32246 is $98,700.00 (the "Class 23 Value").

The holder of the Class 23 claim will receive deferred cash payments equal to the Class 23 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $429.55.

## Class 24 – Secured Claim Held or Serviced by U.S. Bank, N.A. *Impaired*.

Class 24 is impaired by this Plan. Class 24's interest and the estate's interest in real property and improvements located at 11253 Belmont Oaks Drive, Jacksonville, FL 32220 is $93,750.00 (the "Class 24 Value").

The holder of the Class 24 claim will receive deferred cash payments equal to the Class 24 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $408.01.

## Class 25 – Secured Claim Held or Serviced by Pennymac Loan Services, LLC. *Impaired*.

Class 25 is impaired by this Plan. Class 25's interest and the estate's interest in real property and improvements located at 2986 Bessent Road, Jacksonville, FL 32218 is $77,522.00 (the "Class 25 Value").

The holder of the Class 25 claim will receive deferred cash payments equal to the Class 25 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $337.38.

**Class 26 – Secured Claim Held or Serviced by U.S. Bank, N.A.  *Impaired*.**

Class 26 is impaired by this Plan.  Class 26's interest and the estate's interest in real property and improvements located at 5190 Johnson Lake Court, Jacksonville, FL 32218 (the "5190 Johnson Lake Court Property") is $98,700.00 (the "Class 26 Value").

The holder of the Class 26 claim will receive deferred cash payments equal to the Class 26 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $429.55.

**Class 27 – Secured Claim Held or Serviced by Florida Housing Finance Corp.  *Impaired*.**

Class 27 is impaired by this Plan.  Class 27's interest and the estate's interest in real property and improvements in the 5190 Johnson Lake Court Property is $0.00 (the "Class 27 Value").  Class 27's interest in the 5190 Johnson Lake Court Property is of inconsequential value.

The holder of the Class 27 claim will receive no distributions under this Plan.  Class 27 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 27 shall be determined to be wholly unsecured and lien recorded at book #15265, page #1941 of the official public records of Duval County, Florida shall be stripped from the 5190 Johnson Lake Court Property as of the effective date of this Plan.

**Class 28 – Secured Claim Held or Serviced by State of Florida, Department of Revenue.  *Impaired*.**

Class 28 is impaired by this Plan.  Class 28's interest and the estate's interest in real property and improvements in the 5190 Johnson Lake Court Property is $0.00 (the "Class 28 Value").  Class 28's interest in the 5190 Johnson Lake Court Property is of inconsequential value.

The holder of the Class 28 claim will receive no distributions under this Plan.  Class 28 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 28 shall be determined to be wholly unsecured and lien recorded at book #15044, page #1084 of the official public records of Duval County, Florida shall be stripped from the 5190 Johnson Lake Court Property as of the effective date of this Plan.

**Class 29 – Secured Claim Held or Serviced by Green Tree Servicing, LLC.  *Impaired*.**

Class 29 is impaired by this Plan.  Class 29's interest and the estate's interest in real property and improvements located at 765 E. Martin Lakes Drive, Jacksonville, FL 32220 (the "765 E. Martin Lakes Drive Property") is $79,000.00 (the "Class 29 Value").

The holder of the Class 29 claim will receive deferred cash payments equal to the Class 29 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $343.81.

**Class 30 – Secured Claim Held or Serviced by Compass Bank.  *Impaired*.**

Class 30 is impaired by this Plan.  Class 30's interest and the estate's interest in real property and improvements in the 765 E. Martin Lakes Drive Property is $0.00 (the "Class 30 Value").  Class 30's interest in the 765 E. Martin Lakes Drive Property is of inconsequential value.

The holder of the Class 30 claim will receive no distributions under this Plan.  Class 30 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 30 shall be determined to be wholly unsecured and lien recorded at book #13229, page #1678 of the official public records of Duval County, Florida shall be stripped from the 765 E. Martin Lakes Drive Property as of the effective date of this Plan.

**Class 31 – Secured Claim Held or Serviced by State of Florida Agency for Workflow Innovation Services Workers Compensation.  *Impaired*.**

Class 31 is impaired by this Plan.  Class 31's interest and the estate's interest in real property and improvements in the 765 E. Martin Lakes Drive Property is $0.00 (the "Class 31 Value").  Class 31's interest in the 765 E. Martin Lakes Drive Property is of inconsequential value.

The holder of the Class 31 claim will receive no distributions under this Plan.  Class 31 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 31 shall be determined to be wholly unsecured and lien recorded at book #15731, page #1 of the official public records of Duval County, Florida shall be stripped from the 765 E. Martin Lakes Drive Property as of the effective date of this Plan.

**Class 32 – Secured Claim Held or Serviced by U.S. Bank, N.A.  *Impaired*.**

Class 32 is impaired by this Plan.  Class 32's interest and the estate's interest in real property and improvements located at 8781 Pinevalley Lane, Jacksonville, FL 32244 (the "8781 Pinevalley Lane Property") is $52,068.00 (the "Class 32 Value").

The holder of the Class 32 claim will receive deferred cash payments equal to the Class 32 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $226.60.

**Class 33 – Secured Claim Held or Serviced by Florida Housing Finance Corp.  *Impaired*.**

Class 33 is impaired by this Plan.  Class 33's interest and the estate's interest in real property and improvements in the 8781 Pinevalley Lane Property is $0.00 (the "Class 33 Value").  Class 33's interest in the 8781 Pinevalley Lane Property is of inconsequential value.

The holder of the Class 33 claim will receive no distributions under this Plan.  Class 33 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 33 shall be determined to be wholly unsecured and lien recorded at

book #14854, page #991 of the official public records of Duval County, Florida shall be stripped from the 8781 Pinevalley Lane Property as of the effective date of this Plan.

### Class 34 – Secured Claim Held or Serviced by Nationstar Mortgage LLC.  *Impaired*.

Class 34 is impaired by this Plan.  Class 34's interest and the estate's interest in real property and improvements located at 8785 Whispering Pines Drive, Jacksonville, FL 32244 (the "8785 Whispering Pines Drive Property") is $35,231.00 (the "Class 34 Value").

The holder of the Class 34 claim will receive deferred cash payments equal to the Class 34 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $153.33.

### Class 35 – Secured Claim Held or Serviced by Florida Housing Finance Corp.  *Impaired*.

Class 35 is impaired by this Plan.  Class 35's interest and the estate's interest in real property and improvements in the 8785 Whispering Pines Drive Property is $0.00 (the "Class 35 Value"). Class 35's interest in the 8785 Whispering Pines Drive Property is of inconsequential value.

The holder of the Class 35 claim will receive no distributions under this Plan.  Class 35 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 35 shall be determined to be wholly unsecured and lien recorded at book #16136, page #729 of the official public records of Duval County, Florida shall be stripped from the 8785 Whispering Pines Drive Property as of the effective date of this Plan.

### Class 36 – Secured Claim Held or Serviced by Nationstar Mortgage LLC.  *Impaired*.

Class 36 is impaired by this Plan.  Class 36's interest and the estate's interest in real property and improvements located at 1625 Timber Crossing Lane, Jacksonville, FL 32225 (the "1625 Timber Crossing Lane Property") is $98,700.00 (the "Class 36 Value").

The holder of the Class 36 claim will receive deferred cash payments equal to the Class 36 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $429.55.

### Class 37 – Secured Claim Held or Serviced by Mortgage Electronic Registration Systems, Inc.  *Impaired*.

Class 37 is impaired by this Plan.  Class 37's interest and the estate's interest in real property and improvements in the 1625 Timber Crossing Lane Property is $0.00 (the "Class 37 Value"). Class 37's interest in the 1625 Timber Crossing Lane Property is of inconsequential value.

The holder of the Class 37 claim will receive no distributions under this Plan.  Class 37 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 37 shall be determined to be wholly unsecured and lien recorded at

book #12661, page #1748 of the official public records of Duval County, Florida shall be stripped from the 1625 Timber Crossing Lane Property as of the effective date of this Plan.

**Class 38 – Secured Claim Held or Serviced by Bank of America, N.A.  *Impaired*.**

Class 38 is impaired by this Plan.  Class 38's interest and the estate's interest in real property and improvements located at 7714 Brandon Court, Jacksonville, FL 32219 (the "7714 Brandon Court Property") is $88,800.00 (the "Class 38 Value").

The holder of the Class 38 claim will receive deferred cash payments equal to the Class 38 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $386.46.

**Class 39 – Secured Claim Held or Serviced by Mortgage Electronic Registration Systems, Inc.  *Impaired*.**

Class 39 is impaired by this Plan.  Class 39's interest and the estate's interest in real property and improvements in the 7714 Brandon Court Property is $0.00 (the "Class 39 Value").  Class 39's interest in the 7714 Brandon Court Property is of inconsequential value.

The holder of the Class 39 claim will receive no distributions under this Plan.  Class 39 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 39 shall be determined to be wholly unsecured and lien recorded at book #13334, page #850 of the official public records of Duval County, Florida shall be stripped from the 7714 Brandon Court Property as of the effective date of this Plan.

**Class 40 – Secured Claim Held or Serviced by Bank of New York Mellon.  *Impaired*.**

Class 40 is impaired by this Plan.  Class 40's interest and the estate's interest in real property and improvements located at 13176 S. Staffordshire Drive, Jacksonville, FL 32225 (the "13176 S. Staffordshire Drive Property") is $59,200.00 (the "Class 40 Value").

The holder of the Class 40 claim will receive deferred cash payments equal to the Class 40 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $257.64.

**Class 41 – Secured Claim Held or Serviced by Capital One Bank (USA), N.A.  *Impaired*.**

Class 41 is impaired by this Plan.  Class 41's interest and the estate's interest in real property and improvements in the 13176 S. Staffordshire Drive Property is $0.00 (the "Class 41 Value").  Class 41's interest in the 13176 S. Staffordshire Drive Property is of inconsequential value.

The holder of the Class 41 claim will receive no distributions under this Plan.  Class 41 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 41 shall be determined to be wholly unsecured and the lien recorded

at book #16270, page #1736 of the official public records of Duval County, Florida shall be stripped from the 13176 S. Staffordshire Drive Property as of the effective date of this Plan.

### Class 42 – Secured Claim Held or Serviced by Green Tree Servicing, LLC.  *Impaired*.

Class 42 is impaired by this Plan.  Class 42's interest and the estate's interest in real property and improvements located at 3465 Natalie Drive N, Jacksonville, FL 32218 (the "3465 Natalie Drive N Property") is $97,033.00 (the "Class 42 Value").

The holder of the Class 42 claim will receive deferred cash payments equal to the Class 42 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $422.29.

### Class 43 – OMITTED CLASS

**Class 43 does not contain a party.  The Debtor reserves the right to amend this Plan adding an interested party to Class 43.**

### Class 44 – Secured Claim Held or Serviced by Wells Fargo Bank, N.A.  *Impaired*.

Class 44 is impaired by this Plan.  Class 44's interest and the estate's interest in real property and improvements located at 790 E. Martin Lakes Drive, Jacksonville, FL 32220 (the "790 E. Martin Lakes Drive Property") is $103,600.00 (the "Class 44 Value").

The holder of the Class 44 claim will receive deferred cash payments equal to the Class 44 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $450.87.

### Class 45 – Secured Claim Held or Serviced by SunTrust Bank.  *Impaired*.

Class 45 is impaired by this Plan.  Class 45's interest and the estate's interest in real property and improvements in the 790 E. Martin Lakes Drive Property is $0.00 (the "Class 45 Value").  Class 45's interest in the 790 E. Martin Lakes Drive Property is of inconsequential value.

The holder of the Class 45 claim will receive no distributions under this Plan.  Class 45 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 45 shall be determined to be wholly unsecured and lien recorded at book #13716, page #1438 of the official public records of Duval County, Florida shall be stripped from the 790 E. Martin Lakes Drive Property as of the effective date of this Plan.

### Class 46 – Secured Claim Held or Serviced by U.S. Bank, N.A.  *Impaired*.

Class 46 is impaired by this Plan.  Class 46's interest and the estate's interest in real property and improvements located at 5300 Brighton Park Lane, Jacksonville, FL 32210 (the "5300 Brighton Park Lane Property") is $57,100.00 (the "Class 46 Value").

The holder of the Class 46 claim will receive deferred cash payments equal to the Class 46 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $248.50.

**Class 47 – Secured Claim Held or Serviced by Florida Housing Finance Corp.  *Impaired*.**

Class 47 is impaired by this Plan.  Class 47's interest and the estate's interest in real property and improvements in the 5300 Brighton Park Lane Property is $0.00 (the "Class 47 Value").  Class 47's interest in the 5300 Brighton Park Lane Property is of inconsequential value.

The holder of the Class 47 claim will receive no distributions under this Plan.  Class 47 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 47 shall be determined to be wholly unsecured and lien recorded at book #13613, page #26 of the official public records of Duval County, Florida shall be stripped from the 5300 Brighton Park Lane Property as of the effective date of this Plan.

**Class 48 – Secured Claim Held or Serviced by Bank of New York Mellon.  *Impaired*.**

Class 48 is impaired by this Plan.  Class 48's interest and the estate's interest in real property and improvements located at 12782 Dunns View Drive, Jacksonville, FL 32218 is $115,947.00 (the "Class 48 Value").

The holder of the Class 48 claim will receive deferred cash payments equal to the Class 48 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $504.61.

**Class 49 – Secured Claim Held or Serviced by Bank of America, N.A.  *Impaired*.**

Class 49 is impaired by this Plan.  Class 49's interest and the estate's interest in real property and improvements located at 11629 Springboard Drive, Jacksonville, FL 32218 is $135,953.00 (the "Class 49 Value").

The holder of the Class 49 claim will receive deferred cash payments equal to the Class 49 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $591.68.

**Class 50 – Secured Claim Held or Serviced by U.S. Bank, N.A.  *Impaired*.**

Class 50 is impaired by this Plan.  Class 50's interest and the estate's interest in real property and improvements located at 595 E. Martin Lakes Drive, Jacksonville, FL 32220 (the "595 E. Martin Lakes Drive Property") is $104,600.00 (the "Class 50 Value").

The holder of the Class 50 claim will receive deferred cash payments equal to the Class 50 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $455.23.

## Class 51 – Secured Claim Held or Serviced by Mortgage Electronic Registrations System, Inc. *Impaired*.

Class 51 is impaired by this Plan. Class 51's interest and the estate's interest in real property and improvements in the 595 E. Martin Lakes Drive is $0.00 (the "Class 51 Value"). Class 51's interest in the 595 E. Martin Lakes Drive Property is of inconsequential value.

The holder of the Class 51 claim will receive no distributions under this Plan. Class 51 is deemed to have rejected this Plan. Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 51 shall be determined to be wholly unsecured and lien recorded at book #12718, page #719 of the official public records of Duval County, Florida shall be stripped from the 595 E. Martin Lakes Drive Property as of the effective date of this Plan.

## Class 52 – Secured Claim Held or Serviced by GMAT Legal Title Trust. *Impaired*.

Class 52 is impaired by this Plan. Class 52's interest and the estate's interest in real property and improvements located at 12271 Black Walnut Court, Jacksonville, FL 32226 is $74,050.00 (the "Class 52 Value").

The holder of the Class 52 claim will receive deferred cash payments equal to the Class 52 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $322.27.

## Class 53 – Secured Claim Held or Serviced by Wells Fargo Bank, N.A. *Impaired*.

Class 53 is impaired by this Plan. Class 53's interest and the estate's interest in real property and improvements located at 11367 Monument Landing Blvd, Jacksonville, FL 32225 (the "11367 Monument Landing Blvd Property") is $132,200.00 (the "Class 53 Value").

The holder of the Class 53 claim will receive deferred cash payments equal to the Class 53 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $575.34.

## Class 54 – Secured Claim Held or Serviced by Nationstar Mortgage LLC. *Impaired*.

Class 54 is impaired by this Plan. Class 54's interest and the estate's interest in real property and improvements located at 13453 E. Ashford Wood Court, Jacksonville, FL 32218 (the "13453 E. Ashford Wood Court Property") is $92,800.00 (the "Class 54 Value").

The holder of the Class 54 claim will receive deferred cash payments equal to the Class 54 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $403.87.

**<u>Class 55 – Secured Claim Held or Serviced by Bank of New York Mellon. *Impaired*</u>.**

Class 55 is impaired by this Plan. Class 55's interest and the estate's interest in real property and improvements located at 13453 E. Ashford Wood Court Property $0.00 (the "Class 55 Value"). Class 55's interest in the 13453 E. Ashford Wood Court Property is of inconsequential value.

The holder of the Class 55 claim will receive no distributions under this Plan. Class 55 is deemed to have rejected this Plan. Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 55 shall be determined to be wholly unsecured and lien recorded at book #13578, page #47 of the official public records of Duval County, Florida shall be stripped from the 13453 E. Ashford Wood Court Property as of the effective date of this Plan.

**<u>Class 56 – Secured Claim Held or Serviced by Nationstar Mortgage LLC. *Impaired*</u>.**

Class 56 is impaired by this Plan. Class 56's interest and the estate's interest in real property and improvements located at 10423 Centerwood Court, Jacksonville, FL 32218 is $83,900.00 (the "Class 56 Value").

The holder of the Class 56 claim will receive deferred cash payments equal to the Class 56 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $365.14.

**<u>Class 57 – Secured Claim Held or Serviced by Pennymac Loan Services, LLC. *Impaired*</u>.**

Class 57 is impaired by this Plan. Class 57's interest and the estate's interest in real property and improvements located at 11448 S. Sugar Maple Place, Jacksonville, FL 32225 is $102,600.00 (the "Class 57 Value").

The holder of the Class 57 claim will receive deferred cash payments equal to the Class 57 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $446.52.

**<u>Class 58 – Secured Claim Held or Serviced by Bank of America, N.A. *Impaired*</u>.**

Class 58 is impaired by this Plan. Class 58's interest and the estate's interest in real property and improvements located at 2716 N. Acorn Parke Drive, Jacksonville, FL 32218 (the "2716 N. Acorn Parke Drive Property") is $79,783.00 (the "Class 58 Value").

The holder of the Class 58 claim will receive deferred cash payments equal to the Class 58 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $347.22.

29

**Class 59 – Secured Claim Held or Serviced by City of Jacksonville.  *Impaired*.**

Class 59 is impaired by this Plan.  Class 59's interest and the estate's interest in real property and improvements in the 2716 N. Acorn Parke Drive Property is $0.00 (the "Class 59 Value").  Class 59's interest in the 2716 N. Acorn Parke Drive Property is of inconsequential value.

The holder of the Class 59 claim will receive no distributions under this Plan.  Class 59 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 59 shall be determined to be wholly unsecured and lien recorded at book #14682, page #453 of the official public records of Duval County, Florida shall be stripped from the 2716 N. Acorn Parke Drive Property as of the effective date of this Plan.

**Class 60 – Secured Claim Held or Serviced by U.S. Secretary of Housing and Urban Development.  *Impaired*.**

Class 60 is impaired by this Plan.  Class 60's interest and the estate's interest in real property and improvements in the 2716 N. Acorn Parke Drive Property is $0.00 (the "Class 60 Value").  Class 60's interest in the 2716 N. Acorn Parke Drive Property is of inconsequential value.

The holder of the Class 60 claim will receive no distributions under this Plan.  Class 60 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 60 shall be determined to be wholly unsecured and lien recorded at book #16403, page #1702 of the official public records of Duval County, Florida shall be stripped from the 2716 N. Acorn Parke Drive Property as of the effective date of this Plan.

**Class 61 – Secured Claim Held or Serviced by Champion Mortgage Company.  *Impaired*.**

Class 61 is impaired by this Plan.  Class 61's interest and the estate's interest in real property and improvements located at 6200 SW 103rd Street Road, Ocala, FL 34476 (the "6200 SW 103rd Street Property") is $48,675.00 (the "Class 61 Value").

The holder of the Class 61 claim will receive deferred cash payments equal to the Class 61 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $211.84.

**Class 62 – Secured Claim Held or Serviced by United States of America, Secretary of Housing and Urban Development.  *Impaired*.**

Class 62 is impaired by this Plan.  Class 62's interest and the estate's interest in real property and improvements in the 6200 SW 103rd Street Property is $0.00 (the "Class 62 Value").  Class 62's interest in the 6200 SW 103rd Street Property is of inconsequential value.

The holder of the Class 62 claim will receive no distributions under this Plan.  Class 62 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b),

the secured status of Class 62 shall be determined to be wholly unsecured and the lien recorded at book #4491, page #820 of the official public records of Marion County, Florida shall be stripped from the 6200 SW 103rd Street Property as of the effective date of this Plan.

### Class 63 – Secured Claim Held or Serviced by Bank of America, N.A.  *Impaired*.

Class 63 is impaired by this Plan.  Class 63's interest and the estate's interest in real property and improvements located at 95020 Starling Court, Fernandina Beach, FL 32034 (the "95020 Starling Court Property") is $35,300.00 (the "Class 63 Value").

The holder of the Class 63 claim will receive deferred cash payments equal to the Class 63 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $153.63.

### Class 64 – Secured Claim Held or Serviced by Mortgage Electronic Registration Systems, Inc.  *Impaired*.

Class 64 is impaired by this Plan.  Class 64's interest and the estate's interest in the 95020 Starling Court Property is $0.00 (the "Class 64 Value").  Class 64's interest in the 95020 Starling Court Property is of inconsequential value.

The holder of the Class 64 claim will receive no distributions under this Plan.  Class 64 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 64 shall be determined to be wholly unsecured and lien recorded at book #1494, page #161 of the official public records of Nassau County, Florida shall be stripped from the 95020 Starling Court Property as of the effective date of this Plan.

### Class 65 – Secured Claim Held or Serviced by United States of America.  *Impaired*.

Class 65 is impaired by this Plan.  Class 65's interest and the estate's interest in real property and improvements in the 95020 Starling Court Property is $0.00 (the "Class 65 Value").  Class 65's interest in the 95020 Starling Court Property is of inconsequential value.

The holder of the Class 65 claim will receive no distributions under this Plan.  Class 65 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 65 shall be determined to be wholly unsecured and lien recorded at book #1672, page #1922 of the official public records of Nassau County, Florida shall be stripped from the 95020 Starling Court Property as of the effective date of this Plan.

### Class 66 – Secured Claim Held or Serviced by Bank of America, N.A.  *Impaired*.

Class 66 is impaired by this Plan.  Class 66's interest and the estate's interest in real property and improvements located at 95245 Amelia National Parkway, Fernandina Beach, FL (the "95245 Amelia National Parkway Property") is $43,400.00 (the "Class 66 Value").

The holder of the Class 66 claim will receive deferred cash payments equal to the Class 66 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $188.88.

**Class 67 – Secured Claim Held or Serviced by Old Republic Insurance Co.  *Impaired*.**

Class 67 is impaired by this Plan.  Class 67's interest and the estate's interest in real property and improvements in the 95245 Amelia National Parkway Property is $0.00 (the "Class 67 Value"). Class 67's interest in the 95245 Amelia National Parkway Property is of inconsequential value.

The holder of the Class 67 claim will receive no distributions under this Plan.  Class 67 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 67 shall be determined to be wholly unsecured and lien recorded at book #1497, page #692 of the official public records of Nassau County, Florida shall be stripped from the 95245 Amelia National Parkway Property as of the effective date of this Plan.

**Class 68 – Secured Claim Held or Serviced by Bank of America, N.A.  *Impaired*.**

Class 68 is impaired by this Plan.  Class 68's interest and the estate's interest in real property and improvements located at 96051 Cottage Court, Fernandina Beach, FL 32034 is $69,100.00 (the "Class 68 Value").

The holder of the Class 68 claim will receive deferred cash payments equal to the Class 68 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $300.73.

**Class 69 – Secured Claim Held or Serviced by Federal National Mortgage Association. *Impaired*.**

Class 69 is impaired by this Plan.  Class 69's interest and the estate's interest in real property and improvements located at 3300 Chimney Drive, Middleburg, FL 32068 is $73,000.00 (the "Class 69 Value").

The holder of the Class 69 claim will receive deferred cash payments equal to the Class 69 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $317.70.

**Class 70 – Secured Claim Held or Serviced by Nationstar Mortgage, LLC.  *Impaired*.**

Class 70 is impaired by this Plan.  Class 70's interest and the estate's interest in real property and improvements located at 2467 Moon Harbor Way, Middleburg, FL 32068 is $74,000.00 (the "Class 70 Value").

The holder of the Class 70 claim will receive deferred cash payments equal to the Class 70 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $322.05.

**Class 71 – Secured Claim Held or Serviced by Household Finance Corp.  *Impaired*.**

Class 71 is impaired by this Plan.  Class 71's interest and the estate's interest in real property and improvements located at 3821 Nature Walk Court, Middleburg, FL 32068 is $105,838.00 (the "Class 71 Value").

The holder of the Class 71 claim will receive deferred cash payments equal to the Class 71 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $460.61.

**Class 72 – Secured Claim Held or Serviced by Green Tree Servicing, LLC.  *Impaired*.**

Class 72 is impaired by this Plan.  Class 72's interest and the estate's interest in real property and improvements located at 364 Summit Drive, Orange Park, FL 32073 is $116,628.00 (the "Class 72 Value").

The holder of the Class 72 claim will receive deferred cash payments equal to the Class 72 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $507.57.

**Class 73 – Secured Claim Held or Serviced by JP Morgan Chase Bank, N.A.  *Impaired*.**

Class 73 is impaired by this Plan.  Class 73's interest and the estate's interest in real property and improvements located at 1413 Scenic Oaks Drive, Orange Park, FL 32065 (the "1413 Scenic Oaks Drive Property") is $152,000.00 (the "Class 73 Value").

The holder of the Class 73 claim will receive deferred cash payments equal to the Class 73 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $661.51.

**Class 74– Secured Claim Held or Serviced by Navy Federal Credit Union.  *Impaired*.**

Class 74 is impaired by this Plan.  Class 74's interest and the estate's interest in real property and improvements located at 1847 Alberta Court N, Middleburg, FL 32068 is $59,055.00 (the "Class 74 Value").

The holder of the Class 74 claim will receive deferred cash payments equal to the Class 74 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $257.01.

**Class 75 – Secured Claim Held or Serviced by Bank of New York Mellon.  *Impaired*.**

Class 75 is impaired by this Plan.  Class 75's interest and the estate's interest in real property and improvements located at 1663 Canopy Oaks Drive, Orange Park, FL 32065 is $112,066.00 (the "Class 75 Value").

The holder of the Class 75 claim will receive deferred cash payments equal to the Class 75 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $487.72.

**Class 76 – Secured Claim Held or Serviced by U.S. Bank, N.A.  *Impaired*.**

Class 76 is impaired by this Plan.  Class 76's interest and the estate's interest in real property and improvements located at 3801 S. Pebble Brooke Circle, Orange Park, FL 32065 (the "3801 S. Pebble Brooke Circle Property") is $111,908.00 (the "Class 76 Value").

The holder of the Class 76 claim will receive deferred cash payments equal to the Class 76 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $487.03.

**Class 77 – Secured Claim Held or Serviced by Mortgage Electronic Registration Systems, Inc.  *Impaired*.**

Class 77 is impaired by this Plan.  Class 77's interest and the estate's interest in real property and improvements in the 3801 S. Pebble Brooke Circle Property is $0.00 (the "Class 77 Value"). Class 77's interest in the 3801 S. Pebble Brooke Circle Property is of inconsequential value.

The holder of the Class 77 claim will receive no distributions under this Plan.  Class 77 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 77 shall be determined to be wholly unsecured and lien recorded at book #2716, page #2050 of the official public records of Clay County, Florida shall be stripped from the 3801 S. Pebble Brooke Circle Property as of the effective date of this Plan.

**Class 78 – Secured Claim Held or Serviced by U.S. Bank, N.A.  *Impaired*.**

Class 78 is impaired by this Plan.  Class 78's interest and the estate's interest in real property and improvements located at 2641 Watermill Drive, Orange Park, FL 32073 is $103,600.00 (the "Class 78 Value").

The holder of the Class 78 claim will receive deferred cash payments equal to the Class 78 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $450.87.

**Class 79 – Secured Claim Held or Serviced by Federal National Mortgage Association.**
**_Impaired_.**

Class 79 is impaired by this Plan.  Class 79's interest and the estate's interest in real property and improvements located at 2120-E Stone Creek Drive, Fleming Island, FL 32003 (the "2120-E Stone Creek Drive Property") is $98,700.00 (the "Class 79 Value").

The holder of the Class 79 claim will receive deferred cash payments equal to the Class 79 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $429.55.

**Class 80 – Secured Claim Held or Serviced by Wells Fargo Bank, N.A.  _Impaired_.**

Class 80 is impaired by this Plan.  Class 80's interest and the estate's interest in real property and improvements in the 2120-E Stone Creek Drive Property is $0.00 (the "Class 80 Value").  Class 80's interest in the 2120-E Stone Creek Drive Property is of inconsequential value.

The holder of the Class 80 claim will receive no distributions under this Plan.  Class 80 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 80 shall be determined to be wholly unsecured and lien recorded at book #2958, page #1372 of the official public records of Clay County, Florida shall be stripped from the 2120-E Stone Creek Drive Property as of the effective date of this Plan.

**Class 81 – Secured Claim Held or Serviced by Bank of America, N.A.  _Impaired_.**

Class 81 is impaired by this Plan.  Class 81's interest and the estate's interest in real property and improvements located at 3574 Waterford Oaks Drive, Orange Park, FL 32065 (the "3574 Waterford Oaks Drive Property") is $128,300.00 (the "Class 81 Value").

The holder of the Class 81 claim will receive deferred cash payments equal to the Class 81 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $558.37.

**Class 82 – Secured Claim Held or Serviced by Equity Financial Inc.  _Impaired_.**

Class 82 is impaired by this Plan.  Class 82's interest and the estate's interest in real property and improvements in the 3574 Waterford Oaks Drive is $0.00 (the "Class 82 Value").  Class 82's interest in the 3574 Waterford Oaks Drive Property is of inconsequential value.

The holder of the Class 82 claim will receive no distributions under this Plan.  Class 82 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 82 shall be determined to be wholly unsecured and lien recorded at book #2724, page #667 of the official public records of Clay County, Florida shall be stripped from the 3574 Waterford Oaks Drive Property as of the effective date of this Plan.

**Class 83 – Secured Claim Held or Serviced by HSBC Mortgage Corp.  *Impaired*.**

Class 83 is impaired by this Plan.  Class 83's interest and the estate's interest in real property and improvements located at 3755 Cardinal Oaks Circle, Orange Park, FL 32065 is $104,600.00 (the "Class 83 Value").

The holder of the Class 83 claim will receive deferred cash payments equal to the Class 83 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $455.23.

**Class 84 – Secured Claim Held or Serviced by Bank of America, N.A.  *Impaired*.**

Class 84 is impaired by this Plan.  Class 84's interest and the estate's interest in real property and improvements located at 2927 Cranes Landing Court, Orange Park, FL 32073 is $55,260.00 (the "Class 84 Value").

The holder of the Class 84 claim will receive deferred cash payments equal to the Class 84 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $240.50.

**Class 85– Secured Claim Held or Serviced by Bank of America, N.A.  *Impaired*.**

Class 85 is impaired by this Plan.  Class 85's interest and the estate's interest in real property and improvements located at 3024 Zeyno Drive, Orange Park, FL 32065 is $65,100.00 (the "Class 85 Value").

The holder of the Class 85 claim will receive deferred cash payments equal to the Class 85 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $283.32.

**Class 86 – Secured Claim Held or Serviced by HSBC Mortgage Corp.  *Impaired*.**

Class 86 is impaired by this Plan.  Class 86's interest and the estate's interest in real property and improvements located at 85 Debarry Avenue, #1073, Orange Park, FL 32073 is $43,400.00 (the "Class 86 Value").

The holder of the Class 86 claim will receive deferred cash payments equal to the Class 86 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $188.88.

**Class 87 – Secured Claim Held or Serviced by JP Morgan Chase Bank, N.A.  *Impaired*.**

Class 87 is impaired by this Plan.  Class 87's interest and the estate's interest in real property and improvements located at 2937 Ravine Hill Drive, Middleburg, FL 32068 is $133,300.00 (the "Class 87 Value").

The holder of the Class 87 claim will receive deferred cash payments equal to the Class 87 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $580.13.

**Class 88 – Secured Claim Held or Serviced by U.S. Bank, N.A.  *Impaired*.**

Class 88 is impaired by this Plan.  Class 88's interest and the estate's interest in real property and improvements located at 3812 Pebble Brooke Circle, Orange Park, FL 32065 is $116,400.00 (the "Class 88 Value").

The holder of the Class 88 claim will receive deferred cash payments equal to the Class 88 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $506.58.

**Class 89 – Secured Claim Held or Serviced by Bank of America, N.A.  *Impaired*.**

Class 89 is impaired by this Plan.  Class 89's interest and the estate's interest in real property and improvements located at 1614 Colonial Drive, Green Cove Springs, FL 32043 (the "1614 Colonial Drive Property") is $43,400.00 (the "Class 89 Value").

The holder of the Class 89 claim will receive deferred cash payments equal to the Class 89 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $188.88.

**Class 90 – Secured Claim Held or Serviced by Riverwalk Holdings Ltd.  *Impaired*.**

Class 90 is impaired by this Plan.  Class 90's interest and the estate's interest in real property and improvements in the 1614 Colonial Drive Property is $0.00 (the "Class 90 Value").  Class 90's interest in the 1614 Colonial Drive Property is of inconsequential value.

The holder of the Class 90 claim will receive no distributions under this Plan.  Class 90 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 90 shall be determined to be wholly unsecured and the lien recorded at book #3284, page #1356 of the official public records of Clay County, Florida shall be stripped from the 1614 Colonial Drive Property as of the effective date of this Plan.

**Class 91 – Secured Claim Held or Serviced by Citibank, N.A.  *Impaired*.**

Class 91 is impaired by this Plan.  Class 91's interest and the estate's interest in real property and improvements in the 1614 Colonial Drive Property is $0.00 (the "Class 91 Value").  Class 91's interest in the 1614 Colonial Drive Property is of inconsequential value.

The holder of the Class 91 claim will receive no distributions under this Plan.  Class 91 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b),

the secured status of Class 91 shall be determined to be wholly unsecured and the lien recorded at book #3338, page #449 of the official public records of Clay County, Florida shall be stripped from the 1614 Colonial Drive Property as of the effective date of this Plan.

**Class 92 – Secured Claim Held or Serviced by Wells Fargo Bank, N.A.  *Impaired*.**

Class 92 is impaired by this Plan.  Class 92's interest and the estate's interest in real property and improvements located at 2534 Sandhaven Court, Green Cove Springs, FL 32043 is $93,750.00 (the "Class 92 Value").

The holder of the Class 92 claim will receive deferred cash payments equal to the Class 92 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $408.01.

**Class 93 – Secured Claim Held or Serviced by Bank of America, N.A.  *Impaired*.**

Class 93 is impaired by this Plan.  Class 93's interest and the estate's interest in real property and improvements located at 1810-A Copper Stone Drive, Fleming Island, FL 32003 is $59,200.00 (the "Class 93 Value").

The holder of the Class 93 claim will receive deferred cash payments equal to the Class 93 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $257.64.

**Class 94 – Secured Claim Held or Serviced by Bank of America, N.A.  *Impaired*.**

Class 94 is impaired by this Plan.  Class 94's interest and the estate's interest in real property and improvements located at 2700 Ravine Hill Drive, Middleburg, FL 32068 is $74,000.00 (the "Class 94 Value").

The holder of the Class 94 claim will receive deferred cash payments equal to the Class 94 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $322.05.

**Class 95 – Secured Claim Held or Serviced by Deutsche Bank National Trust.  *Impaired*.**

Class 95 is impaired by this Plan.  Class 95's interest and the estate's interest in real property and improvements located at 1359 Keel Court, Orange Park, FL 32003 (the "1359 Keel Court Property") is $59,200.00 (the "Class 95 Value").

The holder of the Class 95 claim will receive deferred cash payments equal to the Class 95 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $257.64.

**Class 96 – Secured Claim Held or Serviced by Mortgage Electronic Registration Systems, Inc.  *Impaired*.**

Class 96 is impaired by this Plan.  Class 96's interest and the estate's interest in real property and improvements in the 1359 Keel Court Property is $0.00 (the "Class 96 Value").  Class 96's interest in the 1359 Keel Court Property is of inconsequential value.

The holder of the Class 96 claim will receive no distributions under this Plan.  Class 96 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 96 shall be determined to be wholly unsecured and lien recorded at book #2745, page #2034 of the official public records of Clay County, Florida shall be stripped from the 1359 Keel Court Property as of the effective date of this Plan.

**Class 97 – Secured Claim Held or Serviced by JP Morgan Chase Bank, N.A.  *Impaired*.**

Class 97 is impaired by this Plan.  Class 97's interest and the estate's interest in real property and improvements located at 3245 Silverado Circle, Green Cove Springs, FL 32043 (the "3245 Silverado Circle Property") is $110,500.00 (the "Class 97 Value").

The holder of the Class 97 claim will receive deferred cash payments equal to the Class 97 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $480.90.

**Class 98 – Secured Claim Held or Serviced by State of Florida – Clerk of Court.  *Impaired*.**

Class 98 is impaired by this Plan.  Class 98's interest and the estate's interest in real property and improvements in the 3245 Silverado Circle Property is $0.00 (the "Class 98 Value").  Class 98's interest in the 3245 Silverado Circle Property is of inconsequential value.

The holder of the Class 98 claim will receive no distributions under this Plan.  Class 98 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 98 shall be determined to be wholly unsecured and the lien recorded at book #2066, page #1718 of the official public records of Clay County, Florida shall be stripped from the 3245 Silverado Circle Property as of the effective date of this Plan.

**Class 99 – Secured Claim Held or Serviced by Wells Fargo Bank, N.A.  *Impaired*.**

Class 99 is impaired by this Plan.  Class 99's interest and the estate's interest in real property and improvements located at 3075 Williamsburg Court, Orange Park, FL 32065 is $116,400.00 (the "Class 99 Value").

The holder of the Class 99 claim will receive deferred cash payments equal to the Class 99 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $506.58.

**Class 100 – Secured Claim Held or Serviced by JP Morgan Chase Bank, N.A.  *Impaired*.**

Class 100 is impaired by this Plan.  Class 100's interest and the estate's interest in real property and improvements located at 608 Crystal Way, Orange Park, FL 32065 is $64,368.00 (the "Class 100 Value").

The holder of the Class 100 claim will receive deferred cash payments equal to the Class 100 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $280.13.

**Class 101 – Secured Claim Held or Serviced by U.S. Bank, N.A.  *Impaired*.**

Class 101 is impaired by this Plan.  Class 101's interest and the estate's interest in real property and improvements located at 1868 Creekview Drive, Green Cove Springs, FL 32043 is $77,000.00 (the "Class 101 Value").

The holder of the Class 101 claim will receive deferred cash payments equal to the Class 101 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $335.11.

**Class 102 – Secured Claim Held or Serviced by JP Morgan Chase Bank, N.A.  *Impaired*.**

Class 102 is impaired by this Plan.  Class 102's interest and the estate's interest in real property and improvements located at 3104 Zeyno Drive, Middleburg, FL 32068 is $65,100.00 (the "Class 102 Value").

The holder of the Class 102 claim will receive deferred cash payments equal to the Class 102 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $283.32.

**Class 103 – Secured Claim Held or Serviced by Deutsche Bank National Trust.  *Impaired*.**

Class 103 is impaired by this Plan.  Class 103's interest and the estate's interest in real property and improvements located at 3195 Wandering Oaks Drive, Orange Park, FL 32065 (the "3195 Wandering Oaks Drive Property") is $167,800.00 (the "Class 103 Value").

The holder of the Class 103 claim will receive deferred cash payments equal to the Class 103 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $730.28.

**Class 104 – Secured Claim Held or Serviced by Mortgage Electronic Systems, Inc. _Impaired_.**

Class 104 is impaired by this Plan.  Class 104's interest and the estate's interest in real property and improvements in the 3195 Wandering Oaks Drive Property is $0.00 (the "Class 104 Value").  Class 104's interest in the 3195 Wandering Oaks Drive Property is of inconsequential value.

The holder of the Class 104 claim will receive no distributions under this Plan.  Class 104 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 104 shall be determined to be wholly unsecured and lien recorded at book #2771, page #395 of the official public records of Clay County, Florida shall be stripped from the 3195 Wandering Oaks Drive Property as of the effective date of this Plan.

**Class 105 – Secured Claim Held or Serviced by JP Morgan Chase Bank, N.A.  _Impaired_.**

Class 105 is impaired by this Plan.  Class 105's interest and the estate's interest in real property and improvements located at 1188 Bedrock Drive, Orange Park, FL 32065 (the "1188 Bedrock Drive Property") is $110,500.00 (the "Class 105 Value").

The holder of the Class 105 claim will receive deferred cash payments equal to the Class 105 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $480.90.

**Class 106 – Secured Claim Held or Serviced by Mortgage Electronic Registration Systems, Inc.  _Impaired_.**

Class 106 is impaired by this Plan.  Class 106's interest and the estate's interest in real property and improvements in the 1188 Bedrock Drive Property is $0.00 (the "Class 106 Value").  Class 106's interest in the 1188 Bedrock Drive Property is of inconsequential value.

The holder of the Class 106 claim will receive no distributions under this Plan.  Class 106 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 106 shall be determined to be wholly unsecured and lien recorded at book #2742, page #1547 of the official public records of Clay County, Florida shall be stripped from the 1188 Bedrock Drive Property as of the effective date of this Plan.

**Class 107 – Secured Claim Held or Serviced by Wells Fargo Bank, N.A.  _Impaired_.**

Class 107 is impaired by this Plan.  Class 107's interest and the estate's interest in real property and improvements located at 1934 Woodworth Drive, Orange Park, FL 32065 (the "1934 Woodworth Drive Property") is $138,200.00 (the "Class 107 Value").

The holder of the Class 107 claim will receive deferred cash payments equal to the Class 107 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $601.46.

**Class 108 – Secured Claim Held or Serviced by the Internal Revenue Service.  *Impaired*.**

Class 108 is impaired by this Plan.  Class 108's interest and the estate's interest in real property and improvements in the 1934 Woodworth Drive Property is $0.00 (the "Class 108 Value").  Class 108's interest in the 1934 Woodworth Drive Property is of inconsequential value.

The holder of the Class 108 claim will receive no distributions under this Plan.  Class 108 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 108 shall be determined to be wholly unsecured and the lien recorded at book #3292, page #951 of the official public records of Clay County, Florida shall be stripped from the 1934 Woodworth Drive Property as of the effective date of this Plan.

**Class 109 – Secured Claim Held or Serviced by U.S. Bank, N.A.  *Impaired*.**

Class 109 is impaired by this Plan.  Class 109's interest and the estate's interest in real property and improvements located at 460 Hillside Drive, Orange Park, FL 32073 is $94,700.00 (the "Class 109 Value").

The holder of the Class 109 claim will receive deferred cash payments equal to the Class 109 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $412.14.

**Class 110 – Secured Claim Held or Serviced by HSBC Bank USA, N.A.  *Impaired*.**

Class 110 is impaired by this Plan.  Class 110's interest and the estate's interest in real property and improvements located at 372 Sunstone Court, Orange Park, FL 32065 is $65,901.00 (the "Class 110 Value").

The holder of the Class 110 claim will receive deferred cash payments equal to the Class 110 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $286.81.

**Class 111 – Secured Claim Held or Serviced by Green Tree Servicing, LLC.  *Impaired*.**

Class 111 is impaired by this Plan.  Class 111's interest and the estate's interest in real property and improvements located at 1367 Keel Court, Orange Park, FL 32003 (the "1367 Keel Court Property") is $65,200.00 (the "Class 1 Value").

The holder of the Class 111 claim will receive deferred cash payments equal to the Class 111 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $283.75.

**Class 112 – Secured Claim Held or Serviced by Compass Bank.  *Impaired*.**

Class 112 is impaired by this Plan.  Class 112's interest and the estate's interest in real property and improvements in the 1367 Keel Court Property is $0.00 (the "Class 112 Value").  Class 112's interest in the 1367 Keel Court Property is of inconsequential value.

The holder of the Class 112 claim will receive no distributions under this Plan.  Class 112 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 112 shall be determined to be wholly unsecured and lien recorded at book #3215, page #1520 of the official public records of Clay County, Florida shall be stripped from the 1367 Keel Court Property as of the effective date of this Plan.

**Class 113 – Secured Claim Held or Serviced by U.S. Bank, N.A.  *Impaired*.**

Class 113 is impaired by this Plan.  Class 113's interest and the estate's interest in real property and improvements located at 585 Fallen Timbers Drive, Orange Park, FL 32065 is $99,938.00 (the "Class 113 Value").

The holder of the Class 113 claim will receive deferred cash payments equal to the Class 113 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $434.94.

**Class 114 – Secured Claim Held or Serviced by Citibank, N.A.  *Impaired*.**

Class 114 is impaired by this Plan.  Class 114's interest and the estate's interest in real property and improvements located at 3750 Silver Bluff Blvd, #204, Orange Park, FL 32065 (the "3750 Silver Bluff Blvd Property") is $73,375.00 (the "Class 114 Value").

The holder of the Class 114 claim will receive deferred cash payments equal to the Class 114 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $319.33.

**Class 115 – Secured Claim Held or Serviced by United Guarantee Residential.  *Impaired*.**

Class 115 is impaired by this Plan.  Class 115's interest and the estate's interest in real property and improvements in the 3750 Silver Bluff Blvd Property is $0.00 (the "Class 115 Value").  Class 115's interest in the 3750 Silver Bluff Blvd Property is of inconsequential value.

The holder of the Class 115 claim will receive no distributions under this Plan.  Class 115 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 115 shall be determined to be wholly unsecured and lien recorded at book #2585, page #1728 of the official public records of Clay County, Florida shall be stripped from the 3750 Silver Bluff Blvd Property as of the effective date of this Plan.

**Class 116 – Secured Claim Held or Serviced by SunTrust Bank.  *Impaired*.**

Class 116 is impaired by this Plan.  Class 116's interest and the estate's interest in real property and improvements in the 3750 Silver Bluff Blvd Property is $0.00 (the "Class 116 Value"). Class 116's interest in the 3750 Silver Bluff Blvd Property is of inconsequential value.

The holder of the Class 116 claim will receive no distributions under this Plan.  Class 116 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 116 shall be determined to be wholly unsecured and lien recorded at book #2710, page #90 of the official public records of Clay County, Florida shall be stripped from the 3750 Silver Bluff Blvd Property as of the effective date of this Plan.

**Class 117 – Secured Claim Held or Serviced by JP Morgan Chase Bank, N.A.  *Impaired*.**

Class 117 is impaired by this Plan.  Class 117's interest and the estate's interest in real property and improvements located at 2058 Creekmont Drive, Middleburg, FL 32068 is $98,700.00 (the "Class 117 Value").

The holder of the Class 117 claim will receive deferred cash payments equal to the Class 117 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $429.55.

**Class 118 – Secured Claim Held or Serviced by JP Morgan Chase Bank, N.A.  *Impaired*.**

Class 118 is impaired by this Plan.  Class 118's interest and the estate's interest in real property and improvements located at 1861-F Copper Stone Drive, Fleming Island, FL 32003 (the "1861-F Copper Stone Drive Property") is $75,000.00 (the "Class 118 Value").

The holder of the Class 118 claim will receive deferred cash payments equal to the Class 118 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $326.40.

**Class 119 – OMITTED CLASS**

**Class 119 does not contain a party.  The Debtor reserves the right to amend this Plan adding an interested party to Class 119.**

**Class 120 – Secured Claim Held or Serviced by BAC Home Servicing, LP.  *Impaired*.**

Class 120 is impaired by this Plan.  Class 120's interest and the estate's interest in real property and improvements located at 2131-C Stone Creek Drive, Fleming Island, FL 32003 (the "2131-C Stone Creek Drive Property") is $90,800.00 (the "Class 120 Value").

The holder of the Class 120 claim will receive deferred cash payments equal to the Class 120 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $395.17.

**Class 121 – Secured Claim Held or Serviced by Mortgage Electronic Registration Systems, Inc.** *Impaired*.

Class 121 is impaired by this Plan. Class 121's interest and the estate's interest in real property and improvements in the 2131-C Stone Creek Drive Property is $0.00 (the "Class 121 Value"). Class 121's interest in the 2131-C Stone Creek Drive Property is of inconsequential value.

The holder of the Class 121 claim will receive no distributions under this Plan. Class 121 is deemed to have rejected this Plan. Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 121 shall be determined to be wholly unsecured and lien recorded at book #2458, page #381 of the official public records of Clay County, Florida shall be stripped from the 2131-C Stone Creek Drive Property as of the effective date of this Plan.

**Class 122 – Secured Claim Held or Serviced by Onewest Bank.** *Impaired*.

Class 122 is impaired by this Plan. Class 122's interest and the estate's interest in real property and improvements located at 755 Arran Court, Orange Park, FL 32073 (the "755 Arran Court Property") is $100,700.00 (the "Class 122 Value").

The holder of the Class 122 claim will receive deferred cash payments equal to the Class 122 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $438.25.

**Class 123 – Secured Claim Held or Serviced by Mortgage Electronic Registration Systems, Inc.** *Impaired*.

Class 123 is impaired by this Plan. Class 123's interest and the estate's interest in real property and improvements in the 755 Arran Court Property is $0.00 (the "Class 123 Value"). Class 123's interest in the 755 Arran Court Property is of inconsequential value.

The holder of the Class 123 claim will receive no distributions under this Plan. Class 123 is deemed to have rejected this Plan. Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 123 shall be determined to be wholly unsecured and lien recorded at book #2843, page #1159 of the official public records of Clay County, Florida shall be stripped from the 755 Arran Court Property as of the effective date of this Plan.

**Class 124 – Secured Claim Held or Serviced by Nationstar Mortgage, LLC.** *Impaired*.

Class 124 is impaired by this Plan. Class 124's interest and the estate's interest in real property and improvements located 468 Hillside Drive, Orange Park, FL 32073 is $106,600.00 (the "Class 124 Value").

The holder of the Class 124 claim will receive deferred cash payments equal to the Class 124 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $463.93.

**Class 125 – Secured Claim Held or Serviced by Wells Fargo Bank, N.A.  *Impaired*.**

Class 125 is impaired by this Plan.  Class 125's interest and the estate's interest in real property and improvements located at 2932 Jubilee Lane, Green Cove Springs, FL 32043 (the "2932 Jubilee Lane Property") is $112,500.00 (the "Class 125 Value").

The holder of the Class 125 claim will receive deferred cash payments equal to the Class 125 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $489.61.

**Class 126 – Secured Claim Held or Serviced by Community 1st Credit Union.  *Impaired*.**

Class 126 is impaired by this Plan.  Class 126's interest and the estate's interest in real property and improvements in the 2932 Jubilee Lane Property is $0.00 (the "Class 126 Value").  Class 126's interest in the 2932 Jubilee Lane Property is of inconsequential value.

The holder of the Class 126 claim will receive no distributions under this Plan.  Class 126 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 126 shall be determined to be wholly unsecured and lien recorded at book #2922, page #598 of the official public records of Clay County, Florida shall be stripped from the 2932 Jubilee Lane Property as of the effective date of this Plan.

**Class 127 – Secured Claim Held or Serviced by BAC Home Loans Servicing, LP.  *Impaired*.**

Class 127 is impaired by this Plan.  Class 127's interest and the estate's interest in real property and improvements located at 278 King Arthur Court, St. Augustine, FL 32086 is $103,600.00 (the "Class 127 Value").

The holder of the Class 127 claim will receive deferred cash payments equal to the Class 127 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $450.87.

**Class 128 – Secured Claim Held or Serviced by Bayview Loan Servicing, LLC.  *Impaired*.**

Class 128 is impaired by this Plan.  Class 128's interest and the estate's interest in real property and improvements located at 321 N. Elverton Place, St. Johns, FL 32259 is $55,260.00 (the "Class 128 Value").

The holder of the Class 128 claim will receive deferred cash payments equal to the Class 128 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $240.50.

**Class 129 – Secured Claim Held or Serviced by Bank of America, N.A.** *Impaired*.

Class 129 is impaired by this Plan. Class 129's interest and the estate's interest in real property and improvements located at 236 Sienna Place, St. Augustine, FL 32084 (the "236 Sienna Place Property") is $101,767.00 (the "Class 129 Value").

The holder of the Class 129 claim will receive deferred cash payments equal to the Class 129 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $442.90.

**Class 130 – Secured Claim Held or Serviced by State of Florida.** *Impaired*.

Class 130 is impaired by this Plan. Class 130's interest and the estate's interest in real property and improvements in the 236 Sienna Place Property is $0.00 (the "Class 130 Value"). Class 130's interest in the 236 Sienna Place Property is of inconsequential value.

The holder of the Class 130 claim will receive no distributions under this Plan. Class 130 is deemed to have rejected this Plan. Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 130 shall be determined to be wholly unsecured and the lien recorded at book #3221, page #1167 of the official public records of St. Johns County, Florida shall be stripped from the 236 Sienna Place Property as of the effective date of this Plan.

**Class 131 – Secured Claim Held or Serviced by Bank of New York Mellon.** *Impaired*.

Class 131 is impaired by this Plan. Class 131's interest and the estate's interest in real property and improvements located at 1245 Ribbon Road, St. Johns, FL 32259 is $157,900.00 (the "Class 131 Value").

The holder of the Class 131 claim will receive deferred cash payments equal to the Class 131 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $687.19.

**Class 132 – Secured Claim Held or Serviced by Nationstar Mortgage, LLC.** *Impaired*.

Class 132 is impaired by this Plan. Class 132's interest and the estate's interest in real property and improvements located at 1052 Buttercup Drive, St. Johns, FL 32259 is $118,400.00 (the "Class 132 Value").

The holder of the Class 132 claim will receive deferred cash payments equal to the Class 132 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $515.28.

**Class 133 – Secured Claim Held or Serviced by Planet Home Lending, LLC.  *Impaired*.**

Class 133 is impaired by this Plan.  Class 133's interest and the estate's interest in real property and improvements located at 721 Austin Place, St. Johns, FL 32259 is $137,200.00 (the "Class 133 Value").

The holder of the Class 133 claim will receive deferred cash payments equal to the Class 133 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $597.10.

**Class 134 – Secured Claim Held or Serviced by U.S. Bank, N.A.  *Impaired*.**

Class 134 is impaired by this Plan.  Class 134's interest and the estate's interest in real property and improvements located at 416 Golden Lake Loop, St. Augustine, FL 32084 is $79,000.00 (the "Class 134 Value").

The holder of the Class 134 claim will receive deferred cash payments equal to the Class 134 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $343.81.

**Class 135 – Secured Claim Held or Serviced by Deutsche Bank National Trust.  *Impaired*.**

Class 135 is impaired by this Plan.  Class 135's interest and the estate's interest in real property and improvements located at 401 Montego Bay Court, St. Augustine, FL 32080 (the "401 Montego Bay Court Property") is $35,300.00 (the "Class 135 Value").

The holder of the Class 135 claim will receive deferred cash payments equal to the Class 135 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $153.63.

**Class 136 – Secured Claim Held or Serviced by Flag Development Corp.  *Impaired*.**

Class 136 is impaired by this Plan.  Class 136's interest and the estate's interest in real property and improvements in the 401 Montego Bay Court Property is $0.00 (the "Class 136 Value"). Class 136's interest in the 401 Montego Bay Court Property is of inconsequential value.

The holder of the Class 136 claim will receive no distributions under this Plan.  Class 136 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 136 shall be determined to be wholly unsecured and lien recorded at book #2172, page #205 of the official public records of St. Johns County, Florida shall be stripped from the 401 Montego Bay Court Property as of the effective date of this Plan.

**Class 137 – Secured Claim Held or Serviced by Bank of New York Mellon.  *Impaired*.**

Class 137 is impaired by this Plan.  Class 137's interest and the estate's interest in real property and improvements located at 129 Jubilee Circle, Daytona Beach, FL 32124 (the "129 Jubilee Circle Property") is $135,135.00 (the "Class 137 Value").

The holder of the Class 137 claim will receive deferred cash payments equal to the Class 137 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $588.12.

**Class 138 – Secured Claim Held or Serviced by PNC Bank, N.A.  *Impaired*.**

Class 138 is impaired by this Plan.  Class 138's interest and the estate's interest in real property and improvements in the 129 Jubilee Circle Property is $0.00 (the "Class 138 Value").  Class 138's interest in the 129 Jubilee Circle Property is of inconsequential value.

The holder of the Class 138 claim will receive no distributions under this Plan.  Class 138 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 138 shall be determined to be wholly unsecured and lien recorded at book #5713, page #3035 of the official public records of Volusia County, Florida shall be stripped from the 129 Jubilee Circle Property as of the effective date of this Plan.

**Class 139 – Secured Claim Held or Serviced by Green Tree Servicing, LLC.  *Impaired*.**

Class 139 is impaired by this Plan.  Class 139's interest and the estate's interest in real property and improvements located at 2310 Jerry Circle, Port Orange, FL 32128 (the "2310 Jerry Circle Property") is $261,127.00 (the "Class 139 Value").

The holder of the Class 139 claim will receive deferred cash payments equal to the Class 139 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $1,136.44.

**Class 140 – Secured Claim Held or Serviced by Mortgage Electronic Registration Systems, Inc.  *Impaired*.**

Class 140 is impaired by this Plan.  Class 140's interest and the estate's interest in real property and improvements in the 2310 Jerry Circle Property is $0.00 (the "Class 140 Value").  Class 140's interest in the 2310 Jerry Circle Property is of inconsequential value.

The holder of the Class 140 claim will receive no distributions under this Plan.  Class 140 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 140 shall be determined to be wholly unsecured and lien recorded at book #5866, page #4535 of the official public records of Volusia County, Florida shall be stripped from the 2310 Jerry Circle Property as of the effective date of this Plan.

**Class 141 – Secured Claim Held or Serviced by JP Morgan Chase Bank, N.A.  *Impaired*.**

Class 141 is impaired by this Plan.  Class 141's interest and the estate's interest in real property and improvements located at 9030 SW 101st Lane, Ocala, FL 34481 is $36,491.00 (the "Class 141 Value").

The holder of the Class 141 claim will receive deferred cash payments equal to the Class 141 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $158.81.

**Class 142 – Secured Claim Held or Serviced by CitiMortgage, Inc.  *Impaired*.**

Class 142 is impaired by this Plan.  Class 142's interest and the estate's interest in real property and improvements located at 422 Sycamore Springs Street, Debary, FL 32713 is $158,196.00 (the "Class 142 Value").

The holder of the Class 142 claim will receive deferred cash payments equal to the Class 142 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $688.48.

**Class 143 – Secured Claim Held or Serviced by Onewest Bank.  *Impaired*.**

Class 143 is impaired by this Plan.  Class 143's interest and the estate's interest in real property and improvements located at 10010 SE 175th Street, Summerfield, FL 34491 (the "10010 SE 175th Street Property") is $8,900.00 (the "Class 143 Value").

The holder of the Class 143 claim will receive deferred cash payments equal to the Class 143 Value on a monthly basis amortizing over three hundred and sixty (360) months at an annual interest rate of 3.25%, which yields a monthly payment of $38.73.

**Class 144 – Secured Claim Held or Serviced by United States of America.  *Impaired*.**

Class 144 is impaired by this Plan.  Class 144's interest and the estate's interest in real property and improvements in the 10010 SE 175th Street Property is $0.00 (the "Class 144 Value").  Class 144's interest in the 10010 SE 175th Street Property is of inconsequential value.

The holder of the Class 144 claim will receive no distributions under this Plan.  Class 144 is deemed to have rejected this Plan.  Upon confirmation of this Plan under 11 U.S.C. § 1129(b), the secured status of Class 144 shall be determined to be wholly unsecured and the lien recorded at book #3861, page #1889 of the official public records of Marion County, Florida shall be stripped from the 10010 SE 175th Street Property as of the effective date of this Plan.

**Class 145 – General Unsecured Claims.  *Impaired*.**

Class 145 is impaired by this Plan.  The holders of all allowed unsecured claims shall each receive the total amount of each claim, in cash, on the Effective Date of the Plan.

**Class 145 – Beneficiary Interests.  *Impaired*.**

Class 146 is impaired by this Plan.  The beneficiaries shall retain their share of interests as beneficiaries of the Debtor regardless if any of the Properties are retained, surrendered, or sold during the pendency of this case or pursuant to a confirmed plan.

## ARTICLE V
## ALLOWANCE AND DISALLOWANCE OF CLAIMS

5.01   <u>Disputed Claim</u>.   A disputed claim is a claim that has not been allowed or disallowed by a final non-appealable order, and as to which either: i) a proof of claim has been filed or deemed filed, and the Plan Proponent or another party has filed an objection; or ii) no proof of claim has been filed, and the Plan Proponent has scheduled such claim as disputed, contingent or un-liquidated.

5.02   <u>Delay of Distribution on a Disputed Claim</u>.   No distribution will be made on account of a disputed claim unless such claim is allowed by a final non-appealable order.

5.03   <u>Settlement of Disputed Claims</u>.   The Plan Proponent will have the power and authority to settle and compromise a disputed claim with Court approval and compliance with Rule 9019 of the Federal Rules of Bankruptcy Procedure.

## ARTICLE VI
## PROVISIONS OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES

6.01   <u>Assumed Executory Contracts and Unexpired Leases</u>.

(a)   The Plan Proponent assumes the following executory contracts and/or unexpired leases effective upon the Effective Date of this Plan as provided in Article VII:

All residential leases with all tenants.

(b)   The Plan Proponent will be conclusively deemed to have rejected all executory contracts and/or unexpired leases not expressly assumed under section 6.01 of this Plan or before the date of the order confirming this Plan.  **A proof of a claim arising from the rejection of an executory contract or unexpired lease under this section must be filed no later than thirty (30) days after the date of the order confirming this Plan.**

# ARTICLE VII
## MEANS FOR IMPLEMENTAION OF THIS PLAN

7.01    Property of the Estate; Release of Liens.   The Plan Proponent shall retain all property of the estate and such property shall revest in the Plan Proponent on the Effective Date of the Plan.   Thereafter, the Plan Proponent may use, acquire, and dispose of its property free of any restrictions of the Bankruptcy Code, the Bankruptcy Rules, and the Bankruptcy Court.   As of the Effective Date of this Plan, all property retained by the Plan Proponent shall be free and clear of any and all liens and interests except as specifically provided in the Plan to the extent of the value provided to each Class as set forth in Article IV of this Plan or the order confirming the Plan.

7.02.    Replacement Senior Mortgages.   Upon confirmation of this Plan, Glenn Mee shall be appointed as attorney in fact so to execute any and all documents on behalf of any holder and/or servicer of the first mortgage encumbering each Property necessary to effectuate a replacement mortgage or a substitute mortgage having the effect of naming the holder of the mortgage as mortgagee and each land trust as the mortgagor securing the post-confirmation debt service on account of each Property dealt with under the Plan.

7.03    Duty to Correctly Credit Payments/Debtor Payments Considered Made Under the Plan.   Confirmation of this Plan shall impose an affirmative duty on the holders and/or the servicers of  liens, mortgages and/or deeds of trust to recalibrate any accounting system designed to account for distributions made under this Plan to the value of each claim as provided under this Plan and to apply the direct post-petition monthly payments paid on account of the Plan Proponent to the month in which each payment was paid, whether or not such payments are immediately applied by the creditor to the outstanding loan balance or are placed into some type of suspense, forbearance or similar account.   All payments made to any creditors on account of the Plan Proponent after confirmation of this Plan shall be considered made under this Plan regardless of whether the this Case is substantially consummated, a final decree is entered, and closed.

7.04    Determination of Secured Status of Junior Liens.   Confirmation of this Plan shall conclusively determine the secured status of all junior liens encumbering property dealt with under this Plan as set forth in Article IV of this Plan or the order confirming the Plan.   Within thirty (30) days of the date that the order confirming this Plan becomes final and non-appealable, the Plan Proponent may seek and obtain from the Bankruptcy Court separate recordable orders determining the secured status of each junior lien encumbering property dealt with under this Plan by citation to the order confirming the Plan by omnibus motion to determine secured status of those junior liens.   Alternatively, this Plan appoints Glenn Mee as the attorney-in-fact to execute satisfactions on behalf of each junior lienholder to be recorded in the official public records where each Property is situated.

7.05    Retention of Rights Against Original Obligors.   Nothing in this Plan shall be construed to limit or otherwise alter the rights that each lienholder dealt with under this Plan may enjoy *in personum* against any obligor under any instrument, note, judgment, or any other

evidence of indebtedness except to the extent that any obligor under any instrument, note, judgment, or any other evidence of indebtedness shall be entitled to an offset from the accelerated debt outstanding equal to the treatment provided for each lienholder under this Plan.

## ARTICLE VIII
## GENERAL PROVISIONS

8.01    <u>Definitions and Rules of Construction</u>. The definitions and rules of construction set forth in §§ 101 and 102 of the Bankruptcy Code shall apply when terms defined or construed in the Bankruptcy Code are used in this Plan and as are generally understood.

8.02    <u>Effective Date</u>.    The Plan Proponent will continue to operate as Debtor-In-Possession during the period from the date the order confirming this Plan is entered (the "Confirmation Date") through and until the Effective Date, which will be fourteen (14) days after the Confirmation Date (the "Effective Date").

8.03    <u>Severability</u>. If any provision in this Plan is determined to be unenforceable, the determination will in no way limit or affect the enforceability and operative effect of any other provision of this Plan.

8.04    <u>Binding Effect</u>. The rights and obligations of any entity named or referred to in this Plan will be binding upon, and will inure to the benefit of the successors or assigns of such entity.

8.05    <u>Captions</u>. The headings contained in this Plan are for convenience of reference only and do not affect the meaning or interpretation of this Plan.

8.06    <u>Controlling Effect</u>. Unless a rule of law or procedure is supplied by Federal law (including the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure), the laws of the State of Florida govern this Plan and any agreements, documents, and instruments executed in connection with this Plan, except as otherwise provided for in this Plan.

## ARTICLE IX
## DISCHARGE INJUNCTION AND LIMITS ON LIABILITY

9.01    <u>Discharge Upon Confirmation</u>.  Except as otherwise provided in the Plan or in the order confirming the Plan, confirmation of the Plan will invoke the discharge provisions of the Bankruptcy Code. All persons who have held, hold, or may hold claims against the Debtor (including without limitation claims for indemnity and/or contribution) shall be permanently enjoined on and after the Effective Date, subject to the occurrence of the Effective Date, from (i) commencing or continuing in any manner any action or other proceeding of any kind with respect to any such claim against the Debtor or property of the Debtor, (ii) the enforcement, attachment, collection, or recovery by any manner or means of any judgment, award, decree or order against the Debtor on account of any such claim, (iii) creating, perfecting, or enforcing any encumbrance of any kind against the Debtor or against the property or interests in property of the

Debtor on account of any such claim, (iv) asserting any rights of setoff, subordination, or recoupment of any kind against any obligation due from or against the Debtors or against the property or interest in property of or against the Debtor on account of any such claim, and (v) commencing or continuing in any manner, any action, or other proceeding of any kind with respect to claims and causes of action which are extinguished or released pursuant to the Plan.

9.02   Injunction Regarding Formulation of the Plan.   As of the Effective Date, and except as may otherwise be expressly provided in the order confirming the Plan, all persons and entities shall be enjoined from asserting, directly or indirectly against the Debtor, or against any of the Debtor's agents, managers, employees, contractors, attorneys, beneficiaries, consultants, successors and assigns, any claim, cause of action or liability arising from or relating to any act, omission, representation, transaction or document, or other activity of any kind or nature, relating to the Debtor, the Debtor's property, the acquisition of the Debtor's property or an other cause or chose of action.   In accordance with the foregoing, except as may be expressly provided in the order confirming the Plan, the order confirming the Plan will be a judicial determination of the discharge of all such claims causes of action and liabilities.

**9.03   Limits on Liability**.   Further, the Debtor and its agents, managers, employees, contractors, attorneys, beneficiaries, consultants, successors and assigns shall have no liability whatsoever to any person or other entity for any act taken or omitted to be taken in good faith in connection with or related to the formulation, preparation, dissemination, implementation, confirmation, or consummation of the Plan, the Disclosure Statement, or any document or instrument created or distributed in connection therewith.

**NOTWITHSTANDING ANY OTHER PROVISION OF THE PLAN, NO HOLDER OF A CLAIM OR OTHER PARTY IN INTEREST, AND NO SUCCESSORS OR ASSIGNS OF THE FOREGOING, SHALL HAVE ANY CLAIM, CAUSE OF ACTION, OR OTHER LEGAL OR EQUITABLE RIGHT AGAINST THE DEBTOR, THE PROFESSIONALS RETAINED IN THE BANKRUPTCY CASE AND/OR ANY OF SUCH PARTIES' RESPECTIVE CURRENT ATTORNEYS, REPRESENTATIVES, FINANCIAL ADVISORS OR AGENTS AND ANY OF SUCH PARTIES' SUCCESSORS AND ASSIGNS, FOR ANY ACT OR OMISSION FROM THE PETITION DATE THROUGH THE EFFECTIVE DATE IN CONNECTION WITH, RELATING TO, OR ARISING  OUT OF THIS BANKRUPTCY CASE, THE PURSUIT OF CONFIRMATION OF THE PLAN, THE CONSUMMATION OF THE PLAN, THE ADMINISTRATION OF THE PLAN OR THE PROPERTY TO BE DISTRIBUTED UNDER THE PLAN.**

## ARTICLE X
## OTHER PROVISIONS

10.01   Payments.   Payments to the various Classes under this Plan shall commence on the first day of the second month after the Effective Date of the Plan unless otherwise specifically stated in the Confirmation Order.

10.02   Avoidance Actions and Litigation.   As Debtor-In-Possession, the Plan Proponent reserves the right to bring avoidance actions and continue litigation it is currently involved with against any party in interest.

10.03   Continued Exclusivity.   The Debtor reserves the exclusive right to file amended plans beyond one-hundred and eighty (180) days after the Petition Date.

10.04   Continuing Jurisdiction.   The Bankruptcy Court for the Middle District of Florida, Jacksonville Division, shall retain jurisdiction beyond confirmation of this Plan for the purposes of implementation of the Plan.

10.05   Termination of the Automatic Stay.   The automatic stay provisions found in 11 U.S.C. § 362(a) shall terminate, without further order of the Court, on the date that the deferred cash payments provided for under this Plan has commenced.

Respectfully Submitted on July 17, 2015

MEARKLE|TRUEBLOOD|ADAM, PLLC

By:   _/s/ Brett A. Mearkle_____
        Brett A. Mearkle
        Florida Bar No. 644706

        218 North Broad Street
        Jacksonville, Florida 32202
        (904) 352-1342
        bmearkle@mtalawyers.com

        _Counsel for Plan Proponent_

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was transmitted to the U.S. Trustee and all creditors having appeared in this case through the Court's CM/ECF system on July 17, 2015.

_/s/ Brett A. Mearkle_____